# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAISJA N. HARRELL,<br>    Plaintiff,<br><br>    v.<br><br>PEOPLESHARE, LLC, et al.,<br>    Defendants. | CIVIL ACTION<br>No. 23-2366 |

## ORDER

**AND NOW,** this 24th day of March, 2025, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 36) is **DENIED**.

                                                    _s/ANITA B. BRODY, J.___
                                                    ANITA B. BRODY, J.